5342. DENT *v.* THE STATE.

ROAN, J. 1. The evidence was sufficient to authorize the verdict finding the defendant guilty. It met with the approval of the trial judge, and we will not disturb it on the ground that it is contrary to evidence.

2. The assignments of error as to the charge of the court are without merit. The jury was correctly instructed by the court. If any fuller instruction was desired, it should have been requested in writing.

*Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Indictment for sale of liquor; from Johnson superior court—Judge Hawkins. October 25, 1913.

*B. B. Blount, J. S. Adams, J. K. Hines,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.